**No. 60907.**—Kroder Reubel Co., Inc., and Alltransport, Inc. *v.* United States, protest 279075–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of curtain clips the same in all material respects as those involved in Abstract 60061, the claim of the plaintiffs was sustained.

**No. 60908.**—Pearlduck, Inc. *v.* United States, protest 214200–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of manicure or similar sets which are similar in all material respects to those the subject of *Pearlduck, Inc.* v. *United States* (34 Cust. Ct. 73, C. D. 1681), the claim of the plaintiff was sustained.

**No. 60909.**—DeWitt Equipment Co., Ltd., et al. *v.* United States, protests 281281–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts of machine tools; that they are multipurpose machine vises and spare parts therefor; and that said multipurpose machine vises are not hand tools and are composed wholly of metal and used exclusively to hold metal material, which is to be worked upon by a power-driven tool, the claim of the plaintiffs was sustained.